IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:04CV58-03-MU

| GARY MORTON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **O R D E R** |
| DEBBIE DELAPORTE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before this Court upon Defendant Delaporte's Motion for Summary Judgment (Document No.47.) It appears that the Defendant Delaporte may be entitled to have her Motion for Summary Judgment granted .

**PETITIONER MORTON READ THIS:**

You now have the opportunity to reply to the Defendant Delaporte's Motion. You may <u>not</u> allege new facts surrounding the events in question as part of your reply. You should base your reply and argument(s) solely on the matters set forth in your original <u>Complaint</u> and/or those set forth in the Defendant Delaporte's Motion for Summary Judgment.

You are further advised that you have twenty (20) days from the filing of this Order in which to file your reply in opposition to the respondent's Motion for Summary Judgment. **FAILURE TO RESPOND WITHIN THIS TIME PERIOD MAY SUBJECT THIS ACTION TO DISMISSAL.**

Defendant Delaporte previously filed a Motion to Dismiss on July 10, 2006(Document No.

1

43.) In response, Plaintiff filed a Motion to Stay in which Plaintiff requested additional time to clarify or amend his Complaint to include specifics as to Ms. Delaporte role in this case (Document No. 45.) In light of the Defendant's Motion for Summary Judgment, the Court declines to grant Plaintiff's Motion to Stay. The Court will not address a motion to amend at this time. Instead, Plaintiff is directed to respond to Defendant's Motion for Summary Judgment only. Specifically, Plaintiff may base his rely and argument(s) solely on the matters set forth in the original <u>Complaint</u> and/or those set forth in the Defendant Delaporte's Motion for Summary Judgment.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Plaintiff has twenty (20) days from the filing of this Order in which to provide a response to Defendant Delaporte's Motion for Summary Judgment. Moreover, Plaintiff's Motion to Stay is DENIED (Document No. 45.)

**SO ORDERED.**

Signed: August 21, 2006

Graham C. Mullen
United States District Judge