# United States District Court
# For The Western District of North Carolina
# Asheville Division

Gary L. Morton,

    Plaintiff(s),

vs.

Debbie Deliport and Donna Brewer,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:04-cv-58

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 10, 2006 Order.

**Signed: October 25, 2006**

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court